## 46332. AETNA CASUALTY & SURETY COMPANY v. WHOLESALE ELECTRIC SUPPLY COMPANY et al.

EVANS, Judge. The instant appeal is controlled by the ruling made in *Aetna Cas. &c. Co.v. Cowan Supply Co.,* 125 Ga. App. 155.

*Judgment affirmed. Bell, C. J., Jordan, P. J., Hall, P. J., Eberhardt and Pannell, JJ., concur. Deen and Quillian, JJ., dissent. Whitman, J., not participating.*

SUBMITTED JUNE 29, 1971—DECIDED NOVEMBER 16, 1971—
REHEARING DENIED DECEMBER 9, 1971.

*Henning, Chambers & Mabry, E. Speer Mabry,* for appellant.

*Maley & Crowe, Wayne C. Crowe,* for appellees.

DEEN, Judge, dissenting. See my dissent in *Aetna Cas. &c. Co. v. Cowan Supply Co.,* 125 Ga. App. 155.